Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Andrew S. Clark, Esq.
Nevada Bar No. 14854
McCade Wing, Esq.
Nevada Bar No. 16652
Hayley J. Cummings, Esq.
Nevada State Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113.4770
Telephone:  702.862.7709
Facsimile:   702.862.8150
wkrincek@littler.com
edthomas@littler.com
asclark@littler.com
mwing@littler.com
hcummings@littler.com

Attorneys for Defendants
CITY OF HENDERSON, HENDERSON
POLICE DEPARTMENT and MICHAEL BLOW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELO GOMEZ, an individual,<br><br>          Plaintiff,<br><br>          v.<br><br>CITY OF HENDERSON; HENDERSON POLICE DEPARTMENT; MICHAEL BLOW, in his individual and official capacity as Deputy Chief of Police; JOHN BELLOW, in his individual and official capacity as Sergeant; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:26-cv-00529-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rule IA 6-1, Plaintiff Angelo Gomez ("Plaintiff") and Defendants City of Henderson, Henderson Police Department and Michael Blow (collectively, the "Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

WHEREAS, on December 10, 2025, Plaintiff filed a Complaint in the Eighth Judicial District Court of the State of Nevada, Clark County, Case No. A-25-934771-C, arising from an investigation into a collision involving an off-duty Henderson Police Department officer.

WHEREAS, on February 25, 2026, Defendants removed the action from the Eighth Judicial District Court of the State of Nevada, Clark County to the United States District Court for the District of Nevada. ECF No. 1.

WHEREAS, the Complaint alleges ten causes of action against Defendants: (1) discrimination based on NRS 608.0215, 613.330–613.405; (2) retaliation based NRS 608.0215, 613.340, 613.405; (3) violation of procedural due process pursuant to Nev. Const. art I, § 8 and 42 U.S.C § 1983; (4) violation of substantive due process pursuant to Nev. Const. art I, § 8 and common law; (5) tortious interference with prospective economic advantage; (6) intentional infliction of emotional distress; (7) negligent hiring, training, supervision, and retention; (8) breach of contract; (9) breach of the implied covenant of good faith and fair dealing; and (10) wrongful adverse employment action/discipline. *See* ECF No. 1-4, at 12–22.

WHEREAS, the Parties met and conferred regarding Defendants' anticipated motion to dismiss and special motion to dismiss pursuant to NRS 41.660, which will challenge the legal sufficiency of the asserted claims and the legal basis for maintaining claims against certain named Defendants.

WHEREAS, as a result of the Parties' conferral efforts, Plaintiff is evaluating whether and to what extent to amend the Complaint to address some or all of the issues identified by Defendants.

WHEREAS, the Parties agree that in the interests of judicial economy and efficient case management, Defendants City of Henderson, Henderson Police Department, and Michael Blow's[1] deadline to respond shall be deferred to allow additional time for Plaintiff to evaluate appropriate amendments to the Complaint to be made, if any, and allow Defendants sufficient time to evaluate and respond to the amended complaint should one be filed by Plaintiff

[1] Defendant John Bellow has not yet appeared in this case, and to Defendants' knowledge, has not yet been served.

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2

WHEREAS, the Parties agree that Plaintiff has until March 11, 2026 to file a First Amended Complaint, and Defendants' response to the operative complaint shall be due thirty (30) days thereafter.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and subject to the Court's approval that:

1.    Plaintiff shall have until March 11, 2026 to file a First Amended Complaint should he opt to do so.

2.    Defendants City of Henderson, Henderson Police Department, and Michael Blow's response to the operative complaint shall be due thirty (30) days thereafter, up to and including April 10, 2026.

3.    Good cause also exists to extend the deadline for Defendant Michael Blow to bring a special motion to dismiss under NRS 41.660 from the current deadline of "60 days after service of the complaint" on the respective defendants, up to and including the deadline for Defendants' response to the operative complaint agreed to herein, April 10, 2026.

4.    Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections, or arguments that any party may have with respect to any matter,

/ / /

/ / /

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

other than those expressly addressed and agreed in paragraph 1 through 3 above, including but not limited to Plaintiff's right to seek additional amendment of the pleadings or remand of this matter.

Dated:  March 4, 2026

LJU LAW FIRM


/s/ James D. Urrutia
James D. Urrutia, Esq.

Attorney for Plaintiff
ANGELO GOMEZ

Dated:  March 4, 2026

LITTLER MENDELSON, P.C.


/s/ Hayley J. Cummings
Wendy M. Krincek, Esq.
Ethan D. Thomas, Esq.
Andrew S. Clark, Esq.
McCade Wing, Esq.
Hayley J. Cummings, Esq.

Attorneys for Defendants
CITY OF HENDERSON, HENDERSON
POLICE DEPARTMENT and MICHAEL
BLOW

///

**IT IS SO ORDERED.**

Dated:  March 4, 2026

UNITED STATES DISTRICT JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4